UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
CATHERINE GONZALEZ TORRES

CASE NO. 08-06931-GAC

CHAPTER 13

Debtor(s)

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **Tue, December 2, 2008**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate has been determined to be: $ _$2,124.00_

3. With respect to the attached payment plan:

| [ ] ORIGINAL PLAN DATE: | [ ] AMENDED PLAN DATE: Mon, January 5, 2009 |
|---|---|

**PLAN BASE: $17,080.00**

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: _01/09/09_

[ ] FAVORABLE         [/] UNFAVORABLE

1. [ ] FEASIBILITY 11 USC SEC 1325(a)(6)

2. [ ] INSUFFICIENT FUNDED SEC 1325(b)

3. [ ] UNFAIR DISCRIMINATION SEC 1322(b)

4. [ ] FAILS LIQUIDATION VALUE TEST SEC 1325(a)(4)

5. [ ] FAILS DISPOSABLE INCOME TEST SEC 1325(b)

6. [ ] NO PROVISION FOR A SECURED CREDITOR

7. [/] COMMENTS _Amended voluntary petition not signed by Debtor/Attorney_

NOTICE: This report anticipates trustee's position as per 11USC SEC 1302(b)(2) and a copy of wich is made available at this office for any interested party.

Atty Fee: $3,000.00/$426.00/$2,574.00
Atty: JUAN O CALDERON LITHGOW*

ALEJANDRO OLIVERAS RIVERA, TRUSTEE
PO BOX 9024062
SAN JUAN, PR 00902-4062
TEL. 787-977-3500 FAX. 787-977-3521